IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ANTHONY CURTIS DOREY,

      Appellant,

 v.                              Case No.  5D21-2168
                                   LT Case No. 2020-CF-002120-A-W

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 3, 2022

Appeal from the Circuit Court
for Marion County,
Peter M. Brigham, Judge.

Matthew J. Metz, Public Defender, and
Glendon George Gordon, Jr., Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Pamela J. Koller, Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

     AFFIRMED.

COHEN, WALLIS and TRAVER, JJ., concur.